ROBERT P. FELDMAN, State Bar No. 69602
JENNIFER A. OCHS, State Bar No. 174069
MAURA L. REES, State Bar No. 191698
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-Mail: rfeldman@wsgr.com; jochs@wsgr.com; mrees@wsgr.com

Attorneys for Defendant-Counterclaimant TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., and Defendant BRENT TOWNSHEND

**E-filed 12/21/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TOWNSHEND PATENT LITIGATION | |
| This document relates to: | Master File Number: C-02-4833-JF (PVT) |
| ESS TECHNOLOGY, INC., a California corporation, | Case No. C-01-1300-JF (PVT) |
| Plaintiff,<br>v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE** |
| BRENT TOWNSHEND, an individual, and TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1  WHEREAS, pursuant to the Stipulation and Order Regarding Schedule dated December 9, 2005, the current due date for rebuttal expert reports on subjects other than damages is December 16, 2005; and

4  WHEREAS, pursuant to the Stipulation and Order Regarding Schedule, the current due date for opening damages expert reports is December 19, 2005; and

6  WHEREAS, the parties have agreed to continue these dates in light of their agreement in principle to resolve the case, which is now being reduced to final form;

8  THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

9  1. Rebuttal expert reports on issues other than damages are due by December 21, 2005.

11  2. The parties are to serve expert reports for which they bear the burden of proof on the issue of damages by December 21, 2005.

13  3. No other dates are affected by this stipulation and Order.

DATED: December 16, 2005                WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By          /s/                    .
                                                Maura L. Rees

                                        Attorneys for Defendant-Counterclaimant
                                        TOWNSHEND INTELLECTUAL PROPERTY,
                                        L.L.C., and Defendant BRENT TOWNSHEND

DATED: December 16, 2005                MILBANK, TWEED, HADLEY & McCLOY LLP


                                        By          /s/                    .
                                                James Pooley

                                        Attorneys for Plaintiff and Counterdefendant
                                        ESS TECHNOLOGY, INC.

1
2 **ORDER**
3 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
4
5
Dated: 12/21/05    /s/electronic signature authorized
6                                    Hon. Jeremy Fogel
                                   United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document was obtained from each of the other signatories.

DATED:  December 16, 2005         WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By        /s/                    .
                                         Maura L. Rees

                                  Attorneys for Defendant-Counterclaimant
                                  TOWNSHEND INTELLECTUAL PROPERTY,
                                  L.L.C., and Defendant BRENT TOWNSHEND